UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Paul Baicu, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>SCHOLASTIC CORPORATION., RICHARD ROBINSON, and MARY WINSTON,<br><br>                Defendants. | )<br>)<br>)<br>)  **CIVIL ACTION NO. 07-8251**<br>)<br>)<br>)<br>)  **CLASS ACTION COMPLAINT**<br>)<br>)<br>)<br>)  **JURY TRIAL DEMANDED** |

## L.R. 7.1 DISCLOSURE STATEMENT

Pursuant to L.R. 7.1, Plaintiff, Paul Baicu, hereby states that there are no such parent corporations or any other publicly held corporation that owns 10% or more of its stock as the Plaintiff is an individual.

Dated: September 20, 2007

                                              **BRODSKY & SMITH, LLC**
                                              By:*s/Evan J. Smith, Esquire (ES3254)*
                                              Evan J. Smith, Esquire (ES 3254)
                                              240 Mineola Boulevard
                                              Mineola, NY 11501
                                              (516) 741-4977
                                              (516) 741-0626 (facsimile)


                                              **SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP**
                                              Richard A. Maniskas, Esquire
                                              280 King of Prussia Road
                                              Radnor, PA 19087
                                              (610) 667-7706
                                              (610) 667-7056

                                              *Attorneys for Plaintiffs*