USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 11 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
PAUL BAICU, Individually and On Behalf of All : 
Others Similarly Situated,                    : Case No. 07-cv-8251 (GBD)
                                              :
            Plaintiff,                        :
                                              :
        vs.                                   :
                                              :
SCHOLASTIC CORP., RICHARD ROBINSON            :
and MARY WINSTON,                             :
                                              :
            Defendants.                       :
                                              :
-------------------------------------------------------x

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plaintiff commenced this Action by filing a complaint dated September 21, 2007 (the "Complaint");

WHEREAS, the Complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5 on behalf of a purported class;

WHEREAS, pursuant to Section 21D(a) of the Exchange Act, the Court will appoint a Lead Plaintiff; and

WHEREAS, the Court has scheduled a conference on October 30, 2007;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as follows:

1. Without waiving any rights, defenses or other objections, counsel for Defendants accepts service of the Complaint on behalf of each of the Defendants.

2.  Defendants shall not be required to answer or otherwise respond to the Complaint.

3.  The Lead Plaintiff shall file and serve a consolidated amended complaint or designate a previously-filed complaint as the operative complaint (the "Operative Complaint") no later than 45 days after an order appointing it is entered by the Court.

4.  Defendants shall file and serve an answer, motion to dismiss or other response to the Operative Complaint no later than 45 days after it is served.

5.  If Defendants respond to the Operative Complaint by motion to dismiss, Lead Plaintiff shall file its opposition papers no later than 45 days after the motion is served.

6.  Defendants shall file their reply papers no later than 30 days after Lead Plaintiff's opposition papers are served.

Dated: New York, New York
       October 10, 2007

BRODSKY & SMITH, LLC

By _____Evan J. Smith /DE_____  (with permission)
Evan J. Smith
240 Mineola Boulevard
Mineola, NY 11501
Telephone: (516) 741-4977
Fax: (516) 741-0626

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Richard A. Maniskas
D. Seamus Kaskela
280 King of Prussia Rd.
Radnor, PA 19087
Telephone: (610) 667-7706
Fax: (610) 667-7056

2

*Attorneys for Plaintiff*

SIMPSON THACHER & BARTLETT LLP

By  *Michael J. Chepiga/DE*
Michael J. Chepiga
David Elbaum
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Defendants*

SO ORDERED.

Dated: October __, 2007
       OCT 11 2007

_____
U.S.D.J.
HON. GEORGE B. DANIELS

3